IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AYALEW MERGIA,

    Plaintiff,                       No. 2:08-cv-1159 JAM JFM PS

    vs.

ANNE MARIE ADAMS,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff is an Australian citizen proceeding pro se. Plaintiff paid the filing fee. Plaintiff seeks enforcement of the "Affidavit of Support," signed by defendant on June 30, 2005 (Form I-864). An Affidavit of Support is "legally enforceable against the sponsor by the sponsored alien, the Federal Government, [or] any State . . ." 8 U.S.C. §§ 1183a(a)(1)(B).

        On July 21, 2008, plaintiff filed a request that the U.S. Marshal be directed to serve process inasmuch as plaintiff's process servers have been unable to locate or serve defendant, a practicing obstetrician/gynecologist in Carmichael, and because plaintiff's funds are limited, he is unable to hire another process server. Plaintiff has applied for 82 positions between October 1, 2007 to January 10, 2008, but has not been able to obtain employment and now suffers certain health impediments. (Complaint at 3.)

/////

1

1  Plaintiff states he has had to borrow money from a relative and withdraw and use
2 his retirement savings for support.  As of August 1, 2008, he will have only $3,437.79 to pay his
3 living expenses in the near future.  Despite a Sacramento Superior Court order requiring
4 defendant to pay plaintiff $3500.00 per month in spousal support, defendant has withheld support
5 beginning August 2007 to the present.  (Complaint at 2.)

6  The United States Marshal is authorized to serve process on behalf of litigants
7 who have been granted leave to proceed in forma pauperis.  28 U.S.C. § 1915.  Plaintiff has not,
8 however, sought leave to proceed in forma pauperis.  Accordingly, plaintiff's July 21, 2008
9 request will be denied without prejudice to its renewal.  The Clerk of the Court will be directed
10 to send plaintiff the application to proceed in forma pauperis.

11  Accordingly, IT IS HEREBY ORDERED that plaintiff's July 21, 2008 request is
12 denied without prejudice; the Clerk of the Court is directed to send plaintiff an application to
13 proceed in forma pauperis.

14 DATED:  August 5, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; mergia.den