1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9   AYALEW MERGIA,

10              Plaintiff,              No. 2:08-cv-1159 JAM JFM PS

11       vs.

12   ANNE MARIE ADAMS,

13              Defendants.              ORDER

14   _____/

15              Plaintiff is proceeding pro se.  On October 10, 2008 and November 17, 2008

16   plaintiff filed a motion to transfer this action to Virginia.

17              Venue is generally governed by 28 U.S.C. § 1391, which states, in pertinent part:

18              (a) A civil action wherein jurisdiction is founded only on diversity
                of citizenship may, except as otherwise provided by law, be
19              brought only in (1) a judicial district where any defendant resides,
                if all defendants reside in the same State, (2) a judicial district in
20              which a substantial part of the events or omissions giving rise to
                the claim occurred, or a substantial part of property that is the
21              subject of the action is situated, or (3) a judicial district in which
                any defendant is subject to personal jurisdiction at the time the
22              action is commenced, if there is no district in which the action may
                otherwise be brought.
23

24   Id.  Here, both defendant as well as a substantial part of the events giving rise to the claims

25   herein took place in this judicial district.  Accordingly, venue is proper in the Eastern District of

26   California.

                                    1

1    To the extent that plaintiff seeks a change of venue for his convenience, pursuant

2  to 28 U.S.C. § 1404(a), the court notes that defendant has not yet been served with process nor

3  appeared in this action.  Thus, plaintiff's request is premature.  Once defendant has appeared in

4  the action, plaintiff may move to have this action transferred to the Eastern District of Virginia

5  by filing a properly-noticed motion, consent or stipulation of both parties.  28 U.S.C. § 1404(b).

6  Plaintiff's motions will be denied without prejudice to renewal once defendant has appeared.  In

7  addition, plaintiff is advised, however, that he may request to appear at court hearings by

8  telephone rather than appearing personally.

9    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 10, 2008 and

10  November 17, 2008 motions for transfer (docket nos. 15 & 16) are denied without prejudice.

11  DATED:  November 20, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; mergia.mtt

2