IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AYALEW MERGIA,

    Plaintiff,                    No. 2:08-cv-1159 JAM JFM PS

    vs.

ANNE MARIE ADAMS,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is an Australian citizen proceeding pro se.  Plaintiff paid the filing fee.  This matter is set for status conference on January 29, 2009 at 11:00 a.m.  However, the U.S. Marshal's office has informed the court that defendant has not yet been served with process.  Accordingly, the status conference is premature.  Rather than resetting this matter for status conference at this time, the court will schedule a status conference or issue a scheduling order in writing once defendant has appeared in this action.  IT IS HEREBY ORDERED that the January 29, 2009 status conference is vacated.

DATED: January 26, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; mergia.vac