IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AYALEW MERGIA,

       Plaintiff,                        No. 2:08-cv-1159 JAM JFM PS

    vs.

ANNE MARIE ADAMS,

       Defendant.                   <u>ORDER</u>

_____/

        Plaintiff is an Australian citizen proceeding pro se. On April 16, 2009, plaintiff filed a request for the court to order defendant to hire him an attorney. However, plaintiff provides no authority for such an order, claiming only that 8 U.S.C. § 1183a(c) mandates an award of attorney's fees and costs as an available remedy for the enforcement of an affidavit of support. Accordingly, plaintiff's request will be denied.

        On October 10, 2008, plaintiff filed a motion/request to transfer this case to the district of Virginia. However, on November 21, 2008, plaintiff's motion to transfer this case to Virginia was denied without prejudice to its renewal after defendant appeared in the action. Defendant filed an answer on March 6, 2009. Accordingly, plaintiff's motion/request will be denied as premature.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 16, 2009 request for appointment of counsel is denied; and

2. Plaintiff's October 10, 2008 motion/request to transfer this case is denied without prejudice.

DATED: May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mergia.cuo